# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **Peter Schroeck,** : | Civil Case No. 2:09-cv-04350-WJM-MF |
| : | |
| Plaintiff, : | **NOTICE OF DEFENDANT AT&T** |
| : | **MOBILITY LLC'S MOTION TO** |
| v. : | **COMPEL ARBITRATION AND STAY** |
| : | **LITIGATION** |
| **AT&T Mobility LLC, Collection** : | |
| **Company of America, TransUnion,** : | Return Date: January 4, 2010 |
| : | |
| Defendants. : | Oral Argument Requested |
| : | |
| : | **(Document Electronically Filed)** |

TO:  Shmuel Klein
     LAW OFFICE OF SHMUEL KLEIN P.C.
     113 Cedarhill Ave.
     Mahwah, NJ 07430
     *Counsel for Plaintiff Peter Schroeck*

     Andrew Michael Schwartz
     Marshall, Dennehey, Warner, Coleman & Goggin, PA
     1845 Walnut Street
     17th Floor
     Philadelphia, PA 19103
     *Counsel for Defendant Collection Company of America*

     Timothy P. Creech
     Kogan, Trichon, & Wertheimer, PC
     1818 market street
     30th Floor
     Philadelphia, PA 19103
     *Counsel for Defendant Transunion*

COUNSEL:

PLEASE TAKE NOTICE that on January 4, 2010, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant AT&T Mobility LLC (hereinafter "ATTM") will move before the United States District Court for the District of New Jersey, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, Newark, New Jersey, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, for an order (i) compelling Plaintiff Peter Schroeck to pursue his claims against ATTM in arbitration or small claims court and (ii) staying all litigation against ATTM pending resolution of Schroeck's claims in arbitration or small claims court.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Defendants will rely upon the supporting Brief, the Proposed Form of Order, and

the Declarations of Ferzandra Moore, William Ronald Richardson, Richard J. Rives, Harry Bennett, Kevin Ranlett, and Theodore Weiman.

    Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

Dated: November 30, 2009    s/ Justin C. Linder (JL 8491)
Justin C. Linder (JL 8491)
Andrew B. Joseph (AJ 1582)
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
Facsimile: (973) 360-9831
Justin.Linder@dbr.com
Andrew.Joseph@dbr.com
*Attorneys for Defendant AT&T Mobility LLC*

Of Counsel:

Archis A. Parasharami
Kevin Ranlett [application for pro hac admission pending]
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000