IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Peter Schroeck,<br><br>              Plaintiff,<br><br>v.<br><br>AT&T Mobility LLC, Collection Company of America, TransUnion,<br><br>              Defendants. | Civil Case No. 2:09-cv-04350-WJM-MF<br><br>DECLARATION OF FERZANDRA MOORE IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION |

## DECLARATION OF FERZANDRA MOORE

I, Ferzandra Moore, hereby declare as follows:

1. The following facts are of my own personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2. I am employed by AT&T Mobility LLC ("ATTM") as a Customer Service Representative in the Southeast region of the Office of the President. I am familiar with the service agreements under which ATTM provides wireless service to its subscribers and the manner in which in the regular and ordinary course of business a customer's acceptance of those agreements is recorded in ATTM's records.

3. I can provide details of plaintiff Peter Schroeck's account history based on my review of the records for his account.

4. According to ATTM's records, on August 13, 2005, Mr. Schroeck purchased a cellular phone on ATTM's (then Cingular Wireless LLC's) web site and subsequently activated the device for wireless service on ATTM's network.

5. According to ATTM's records, on January 26, 2006, Mr. Schroeck elected to receive his monthly bills online in electronic form, and he continues to receive his bills electronically.

6. Attached as Exhibits 1 through 4 are true and correct copies of selected pages from Mr. Schroeck's December 2006 through March 2007 billing statements, respectively, with some information redacted to protect Mr. Schroeck's personal information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19th, 2009, at Ocean Springs, Mississippi.

Ferzandra Moore

# EXHIBIT 1

## ✕ cingular
WIRELESS

Page: 1 of 75
Billing Cycle Date: 11/03/06 - 12/02/06
Account Number: Redacted

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

Redacted

| | |
|---|---:|
| Previous Balance | 139.01 |
| Payments Posted | -139.01 |
| BALANCE | 0.00 |
| Monthly Service Charges | 99.98 |
| Usage Charges | 45.79 |
| Credits/Adjustments/Other Charges | 12.21 |
| Government Fees and Taxes | 11.14 |
| TOTAL CURRENT CHARGES | 169.12 |
| Due Dec 25, 2006 | |
| Late fees assessed after Dec 25 | |
| **Total Amount Due $169.12** | |

### Text & Instant Message Pay Per Use Rate Change

Effective 1/21/07, Cingular will charge $0.15 for text and instant messages sent or received on a pay-per-use basis. If you already subscribe to a Messaging Package or MEdia Bundle, there is no change to your rate. By purchasing a Messaging Package or MEdia Bundle, you can send and receive messages for as little as a penny. Sign up & save at www.cingular.com/getmessaging or Dial *NOW from your wireless phone.

9020 N. MAY AVE., #250  NYC
OKLAHOMA CITY, OK 73120

#BWNHHBD

Redacted

PETER SCHROECK
SPRedactedNJ   Redacted

**Return the portion below with payment to Cingular Wireless only.**

| Account Number: | Redacted |
|---|---:|
| Total Amount Due: | $169.12 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

Total Amount
Due by Dec 25, 2006

Please Make Check Payable To:

Cingular Wireless
P.O. Box 537113
Atlanta, GA 30353-7113

420   Redacted   02006120200000016912104




Page: 74 of 75
Billing Cycle Date: 11/03/06 - 12/02/06
Account Number: Redacted

## Data Detail (Continued)   Redacted
User Name: PETER SCHROECK

Rate Code: NF20=/FT14NATPSECONDARY, NF22=/FT14NATP1000RUMMUNW
Rate Period (Pd.): P=Peak; N=Nights; W=Weekends
Call To: ** = International Call Terminated To Mobile
Feature: 1=PTT One-to-One event; A=Alternate Line; B=Direct Asst Call Complete; C=Call Waiting;
d=Directory Assistance Call; D=Data Call; E=Extended Local Area; F=Call Forwarding; g=PTT Group event; G=2-N-1 Call;
H=Group Mobile to Mobile Calls; I=Incoming Call; K=Fax Call; M=Mobile to Mobile; N=Off-Network;
O=Auto Dropped Call Credit; P=Priority Access Service; V=V-VPN; R=Convert to Home; S=Shared Minutes;
T=Three Way Calling; v=Voice Activated Dialing; W=Weekends; X=Fax Mailbox; Y=Voicemail Return Call

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Feature | In/Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2339 | Fri | 11/10 | 08:04PM | Data Transfe | Data | 53 KB | NF22 | P | | Out | 0.53 |
| 2340 | Tue | 11/14 | 08:37PM | Data Transfe | Data | 236 KB | NF22 | P | | Out | 2.36 |
| 2341 | Sun | 11/26 | 07:55PM | Data Transfe | Data | 222 KB | NF22 | P | | Out | 2.22 |
| | | Subtotal of KBs | | 7.90 | | | | | | | |
| Totals | | | | | | | | | | | |

## DirectBill Download Detail   Redacted
User Name: PETER SCHROECK

Details can be viewed from your handset or at www.cingular.com/db
Type: AP=Applications, GA=Games, GR=Graphics, NC=Non-Communications, RB=Ringback, RT=RingTone, VI=Video

### Communications Download Detail

| Item | Date | Description | Type | Merchant Name | Merchant Contact | Charge | Tax | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/15 | Cingular Music Label | | Cingular Media Mall | 1-866-CINGULAR | 2.49 | | 2.49 |
| 2 | 11/27 | Cingular Music Label | | Cingular Media Mall | 1-866-CINGULAR | 2.49 | | 2.49 |
| 3 | 12/02 | Need A Boss (Sharee) | | Cingular Media Mall | 1-866-CINGULAR | 2.49 | | 2.49 |
| | | | | | | 7.47 | 0.00 | 7.47 |

NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution. This revision is effective immediately.

### Travel the World with Cingular This Holiday Season

Whether you're off to the Caribbean or almost anywhere abroad, with Cingular World Traveler, you can keep in touch in over 185 countries, plus get our BEST rates in over 80 of those countries. Now wireless is the affordable and convenient way to stay in touch! www.cingular.com/cingularworld

DST X280-9900 (10/03)

# EXHIBIT 2

## ✗ cingular
WIRELESS

Page: 1 of 58
Billing Cycle Date: 12/03/06 - 01/02/07
Account Number: Redacted

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

Redacted

| | |
|---|---:|
| Previous Balance | 169.12 |
| Payments Posted | -169.12 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 99.98 |
| Usage Charges | 14.23 |
| Credits/Adjustments/Other Charges | 7.55 |
| Government Fees and Taxes | 9.84 |
| **TOTAL CURRENT CHARGES** | **131.60** |
| Due Jan 25, 2007 | |
| Late fees assessed after Jan 25. | |

**Total Amount Due $131.60**

### The Easiest Way to Pay Your Bill

Pay your Cingular bill automatically using the bank account, credit card or debit card of your choice. Enjoy peace of mind knowing that your bill will be paid on time with no checks, envelopes or stamps. Enrolling is easy - just go to www.cingular.com, Log in to My Cingular (or Register if you don't already have an account) and click on Sign Up for AutoPay to enroll.

9020 N. MAY AVE., #250 NYC
OKLAHOMA CITY, OK 73120

#BWNHHBD

Redacted

PETER SCHROECK
Redacted
SPRINGFIELD, NJ    Redacted

Return the portion below with payment
to Cingular Wireless only.

| Account Number: | Redacted |
| Total Amount Due: | $131.60 |
| Amount Paid: | $ |

*Please do not send correspondence with payment.*

Total Amount
Due by Jan 25, 2007

**Please Make Check Payable To:**

Cingular Wireless
P.O. Box 537113
Atlanta, GA 30353-7113

420    Redacted    20070102000000013160305




Page:
Billing Cycle Date:
Account Number:

58 of 58
12/03/06 - 01/02/07

Redacted

### Review & pay your bill at cingular.com/mycingular

Manage all of your account needs online. It's secure, easy to use, and all yours. Log in and see for yourself at cingular.com/mycingular

### NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

One Time Checking Account Payment Authorization Agreement (for use with kiosk payment):
I authorize Cingular Wireless to pay my bill by debiting my bank account. I can cancel authorization by contacting an in-store sales person. If my bank rejects a payment, I may be charged a return fee.

### Wireless AMBER Alerts

Sign up to receive Wireless AMBER Alerts at www.cingular.com/amberalerts or by sending a text message with up to 5 zip codes to the short code AMBER (i.e. send SUBSCRIBE 12345 to short code 26237). Customers capable of receiving text messages can receive these geographically specified alerts. There is no charge to sign up or to receive AMBER alerts. Normal airtime charges will apply if you place a call in response to an AMBER alert message.

# EXHIBIT 3

# ✕ cingular
**WIRELESS**

Page: 1 of 70
Billing Cycle Date: 01/03/07 - 02/02/07
Account Number: Redacted

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

| Previous Balance | 131.60 |
| --- | --- |
| Payments Posted | -131.60 |
| BALANCE | 0.00 |
| Monthly Service Charges | 99.98 |
| Usage Charges | 17.07 |
| Credits/Adjustments/Other Charges | 12.65 |
| Government Fees and Taxes | 9.82 |
| TOTAL CURRENT CHARGES | 139.52 |
| Due Feb 25, 2007 | |
| Late fees assessed after Feb 25 | |

**Total Amount Due $139.52**

**Wireless Numbers with Rollover**

Redacted

### Cingular is now the new AT&T.

And, the best part is, you don't have to do anything. You'll keep the benefits you currently have as a Cingular customer plus, with the additional resources of the new AT&T, you'll get innovative new products and services that will offer you even greater value. You'll also get new ways to experience your world, whenever and wherever you go.
If you have questions, please visit www.cingular.com/att.

---

9020 N. MAY AVE., #250 NYC
OKLAHOMA CITY, OK 73120

#BWNHHBD
Redacted    #

PETER SCHROECK
Redacted
SPRINGFIELD, NJ    Redacted

**Return the portion below with payment to Cingular Wireless only.**

| Account Number: | Redacted |
| --- | --- |
| Total Amount Due: | $139.52 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

Total Amount
Due by Feb 25, 2007

**Please Make Check Payable To:**

Cingular Wireless
P.O. Box 537113
Atlanta, GA 30353-7113

420   Redacted   0200702020000013952208



Page:
Billing Cycle Date:
Account Number:

70 of 70
01/03/07 - 02/02/07

Redacted

### Push to Talk Pay Per Use

Now you can talk instantly with Push to Talk Pay Per Use for $0.15 per minute. See who's available and start talking with the largest Push to Talk network coverage in America. Need a Push to Talk capable phone? Visit www.cingular.com or a retail store near you.

### New International Roaming Rates

Your standard pay-per-use international roaming rates have changed. Please visit www.cingular.com/roaming-rates for details.

### NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT

We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

# EXHIBIT 4



Page: 1 of 69
Billing Cycle Date: 02/03/07 - 03/02/07
Account Number: Redacted

| | |
|---|---|
| Previous Balance | 139.52 |
| Payments Posted | -139.52 |
| BALANCE | 0.00 |
| Monthly Service Charges | 99.98 |
| Usage Charges | 7.10 |
| Credits/Adjustments/Other Charges | 4.91 |
| Government Fees and Taxes | 9.70 |
| TOTAL CURRENT CHARGES | 121.69 |
| Due Mar 25, 2007 | |
| Late fees assessed after Mar 25 | |

**Total Amount Due $121.69**

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Numbers with Rollover**

Redacted

**Cingular is now the new AT&T.**

And, the best part is, you don't have to do anything. You'll keep the benefits you currently have as a Cingular customer plus, with the additional resources of the new AT&T, you'll get innovative new products and services that will offer you even greater value. You'll also get new ways to experience your world, whenever and wherever you go.
If you have questions, please visit www.cingular.com/att.

9020 N. MAY AVE., #250 NYC
OKLAHOMA CITY, OK 73120

#BWNHHBD
Redacted

PETER SCHROECK
Redacted
SPRINGFIELD, NJ

Redacted

**Return the portion below with payment to Cingular Wireless only.**

| | |
|---|---|
| Account Number: | Redacted |
| Total Amount Due: | $121.69 |
| Amount Paid: | $ |

\* *Please do not send correspondence with payment.*

Total Amount
Due by Mar 25, 2007

**Please Make Check Payable To:**

Cingular Wireless
P.O. Box 537113
Atlanta, GA 30353-7113

420    Redacted 02007030200000012169007




| | | Page: | 68 of 69 |
|---|---|---|---|
| | | Billing Cycle Date: | 02/03/07 - 03/02/07 |
| | | Account Number: | Redacted |

## Data Detail (Continued)   Redacted
### User Name: PETER SCHROECK

Rate Code: NF20=/FT14NATPSECONDARY, NF22=/FT14NATP1000RUMMUNW
Rate Period (Pd.): P=Peak; N=Nights; W=Weekends
Call To: ** = International Call Terminated To Mobile
Feature: 1=PTT One-to-One event; A=Alternate Line; B=Direct Asst Call Complete; C=Call Waiting;
d=Directory Assistance Call; D=Data Call; E=Extended Local Area; F=Call Forwarding; g=PTT Group event; G=2-N-1 Call;
H=Group Mobile to Mobile Calls; I=Incoming Call; K=Fax Call; L=Expanded Calling; M=Mobile to Mobile; N=Off-Network;
O=Auto Dropped Call Credit; P=Priority Access Service; V=V-VPN; R=Convert to Home; S=Shared Minutes;
T=Three Way Calling; v=Voice Activated Dialing; W=Weekends; X=Fax Mailbox; Y=Voicemail Return Call

| Item | Day | Date | Time | To/From | Type | Msg/KB/ Min | Rate Code | Rate Pd | Fea- ture | In/ Out | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2206 | | 03/02 | 08:53AM | | MTM Other | 1 Msg | NF22 | | | In | 0.00 |
| 2207 | | 03/02 | 09:41AM | | MTM Other | 1 Msg | NF22 | | | In | 0.00 |
| 2208 | | 03/02 | 10:16AM | | OTHER MOBILE TO | 1 Msg | NF22 | | | Out | 0.00 |
| 2209 | | 03/02 | 10:43AM | Redacted | MTM Other | 1 Msg | NF22 | | | In | 0.00 |
| 2210 | | 03/02 | 01:19PM | | MTM Other | 1 Msg | NF22 | | | In | 0.00 |
| 2211 | | 03/02 | 02:01PM | | CINGULAR MOBILE | 1 Msg | NF22 | | | In | 0.00 |
| | | | Subtotal of 6 Msgs | | 0.00 | | | | | | |
| 2212 | Sat | 02/03 | 11:25PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2213 | Tue | 02/06 | 10:43PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2214 | Wed | 02/07 | 02:28PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2215 | Sat | 02/10 | 08:58AM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2216 | | 02/10 | 05:01PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2217 | | 02/10 | 06:29PM | Redacted | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2218 | Tue | 02/13 | 11:31PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2219 | Wed | 02/14 | 12:33AM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2220 | Sun | 02/18 | 03:59PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2221 | Tue | 02/20 | 01:18AM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2222 | | 02/20 | 01:20AM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2223 | | 02/20 | 01:37AM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2224 | Wed | 02/21 | 01:16PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| 2225 | Sun | 02/25 | 08:18PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2226 | | 02/25 | 08:23PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2227 | | 02/25 | 08:28PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2228 | | 02/25 | 08:35PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2229 | Thu | 03/01 | 09:30PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2230 | | 03/01 | 09:44PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2231 | | 03/01 | 09:54PM | | Multimedia Mess | 1 Msg | NF22 | | | Out | 0.25 |
| 2232 | | 03/01 | 11:20PM | | Multimedia Mess | 1 Msg | NF22 | | | In | 0.25 |
| | | | Subtotal of 21 Msgs | | 5.25 | | | | | | |
| Totals | | | | | 5.25 | | | | | | |

### NOTICE OF DISPUTE RESOLUTION AGREEMENT IN CONTRACT
We are pleased to advise you that Cingular has revised the ARBITRATION CLAUSE in our standard Wireless Service Agreement to make it even better for consumers. The revised arbitration clause can be found at www.cingular.com/disputeresolution.
This revision is effective immediately.

DST X280-9900 (10/03)