UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER SCHROECK,<br><br>                                 **Plaintiff,**<br>v.<br><br>AT&T MOBILITY, TRANSUNION, EQUIFAX, *et al.*,<br><br>                                 **Defendants.** | Civil Action No. 09-4350 (WJM)<br><br><u>ORDER</u> |

      **IT IS** on this 26th day of March 2010,

      **ORDERED** that there shall be an **in-person**, **all-day** settlement conference before the Undersigned on **Thursday, April 1, 2010, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Newark, New Jersey 07102. Failure to comply with this Order may result in the imposition of sanctions. <u>See</u> Fed. R. Civ. P. 16(f), 37. The conference will not be adjourned absent extraordinary circumstances.

      In the event the parties conclude their ongoing settlement negotiations before April 1st, the conference will be cancelled. However, the parties are advised that conclusion of the settlement negotiations means that the case is settled in full, as to all parties, and that the case can be dismissed from the Court's docket with prejudice. There will be no retention of jurisdiction. If Plaintiff intends to proceed as to Equifax, then he shall also serve this Order on counsel (or a representative) for Equifax, assuming he has been actively negotiating with that party.

                                                               s/Mark Falk
                                                               **MARK FALK**
                                                               **United States Magistrate Judge**